# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**LEONARDO KOSLOFF,** as Personal Representative of
**CARLOS KOSLOFF,**
Appellant,

v.

**BROOKFIELD GARDENS NORTH #4 ASSOCIATION, INC.,**
Appellee.

No. 4D2025-0555

[July 23, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062024CA000399AXXXCE.

Nicole R. Moskowitz of Neustein Law Group, P.A., Aventura, for appellant.

Lawrence A. Shendell and Tamar Shendell of Shendell & Associates, P.A., Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH, JJ., and SCHWAB, CHARLES, Associate Judge, concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***